IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Complaint No. 04-*129M* |
| | : | |
| JOHN DOE, a/k/a, | : | |
| Matthew C. McLeod-Lopez, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER TO SEAL CRIMINAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, moves that the Criminal Complaint and file in this case be sealed until the arrest and apprehension of the defendant, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant into the NCIC.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: *Adam* _____
Adam Safwat
Assistant United States Attorney

Dated: November 16, 2004

\* \* \*

AND NOW, this __*17*__ day of November, 2004, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and file in the above-captioned case be sealed until the arrest and apprehension of the defendants, except for the limited purpose of permitting the U.S. Marshals Service to enter the arrest warrant into the NCIC.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge