## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. Complaint No. 04-129M |
| | ) | |
| JOHN DOE, a/k/a | ) | |
| Matthew Cris McLeod-Lopez, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves that the Criminal Complaint and file in the above-captioned matter be unsealed   There is no further investigative need at this time to maintain the file under seal.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____

Adam Safwat
Assistant United States Attorney

Dated:  May 8, 2006

* * *

**AND NOW,** this ____*10*____ day of May, 2006, upon the foregoing motion, **IT IS**

**ORDERED** that the Complaint and file in the above-captioned action shall be **UNSEALED**.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE