# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOHN DOE, a/k/a
Matthew Cris McLeod-Lopez

REDACTED

Criminal Complaint
Case No. 04 – 129 M

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __November 12, 2002__ in __New Castle__ County, in the District of Delaware, defendant did knowingly present a materially false application for a U.S. passport,

in violation of Title __15__, United States Code, Section __1542__.

I further state that I am a(n) __Special Agent, Diplomatic Security Service, DOS__ and that this complaint is based
Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes

_____
Signature of Complainant
Robert Christopher Good
Special Agent
Diplomatic Security Service
U.S. Department of State

Sworn to before me and subscribed in my presence,

November 16, 2004                           at   Wilmington, DE
Date                                             City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer             Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

REDACTED Redacted

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Complaint No. 04- 129m |
| v. ) | |
| ) | |
| JOHN DOE, a/k/a ) | |
| MATTHEW CRIS MCLEOD-LOPEZ ) | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Robert Christopher Good, being duly sworn, depose and state as follows:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service (DSS) assigned to the Washington Field Office, Dunn Loring, Virginia. I am responsible for investigating federal crimes, to include violations relating to United States passports and visas. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigation Training Program, and have received specialized training from the Diplomatic Security Training Center in the investigation of passport and visa fraud. I have approximately two years of experience investigating cases involving passport fraud.

2. During the performance of my duties, I have obtained evidence and information, and have been provided evidence and information by other law enforcement officials showing that on or about November 12, 2002, in the District of Delaware, JOHN DOE, a/k/a MATTHEW CRIS MCLEOD-LOPEZ, willfully and knowingly made false statements in an application for a United States Passport by representing himself to be ▮▮▮▮-LOPEZ, born on ▮▮▮,1983 in ▮▮▮ New York, with a social security number of ▮▮▮ knowing said statements to be false, with the intent to secure issuance of a United States Passport for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in violation of Title 18, United States Code, Section 1542.

1

## **PROBALE CAUSE**

3.  On November 12, 2002, John DOE (hereafter referred to as SUBJECT), posing as Matthew Cris McLEOD-LOPEZ, submitted an application for a U.S. Passport at the US Post Office-Rodney Square Station, Wilmington, Delaware, 19805. On the application, SUBJECT stated that his name was Matthew C. McLEOD-LOPEZ. SUBJECT listed his date of birth as ███████, 1983, his place of birth as ███████, his social security number as ███████, and his current residence address as ███████ Wilmington, DE 19805. As proof of identity, SUBJECT provided a Delaware issued Driver's License ███████ in the name of Matthew C. McLEOD-LOPEZ, as well as providing a photograph of himself for the passport. As proof of United States citizenship, SUBJECT provided a City of ███████ Birth Certificate ███████ in the name of Matthew Cris McLEOD, which listed his date of birth as ███████, place of birth as the ███████, New York, mother's name of ███████, and father's name as ███████. SUBJECT signed the US Passport Application ███████, and swore an oath to the veracity of the information and documents provided.

4.  Because of certain fraud indicators on the passport application, the application was flagged for closer review and investigation in the Philadelphia passport office.

5.  Ms. Valerie WATERS, the US Passport Acceptance clerk at the US Post Office, Rodney Square Station in Wilmington, identified the photograph of the SUBJECT as the person who swore to the veracity of the information and documents presented in the SUBJECT's passport application.

6.  Subsequent investigation by your affiant revealed that the SUBJECT is not the true Matthew C. McLeod-Lopez. The true Matthew C. McLeod-Lopez. currently lives in Manati, Puerto Rico.

7.  To obtain the Delaware driver's license that the SUBJECT used to present for a passport, the SUBJECT provided an altered Puerto Rican driver's license (with false number ███████ in the name of Mattew C. McLeo-Lopez. According to the records of the Puerto Rico Registry of Motor Vehicles, the true Mattew C. McLeod-Lopez has a Puerto Rico Driver's License with n ███████. He currently resides in ███████ Puerto Rico.

2

8. Special Agent Seth EMERS –DSS Resident Office, San Juan, Puerto Rico, obtained arrest photographs and records of the true Matthew C. McLEOD-LOPEZ from the Puerto Rico Police Department showing arrests on ▆▆/2001 and ▆▆/2002. Physical characteristics in the photographs from both of these the arrest records and the photograph in the Puerto Rico Voter Identification Card - all in the name of Matthew Cris Mcleod-Lopez - are neither consistent with the physical characteristics in SUBJECT'S photograph in the Application for U.S. Passport ▆▆▆▆ dated November 12, 2002, nor are they consistent with the physical characteristics in the photograph in the Delaware Driver's License ▆▆▆▆ in the name of Matthew C. Mcleod Lopez used by SUBJECT as proof of identity.

9. Your affiant confirmed with the Puerto Rico Registry of Motor Vehicles that Puerto Rico Driver's License ▆▆▆▆ used as proof of identity by SUBJECT for his US Passport Application, was in fact issued ▆▆▆▆ (Date of Birth: ▆▆▆▆). The SUBJECT altered the name on the document.

10. Your affiant confirmed with the ▆▆▆▆ Office of Vital Records that the ▆▆ birth certificate ▆▆▆▆ presented by SUBJECT as proof of citizenship, is a true birth certificate and which contains correct birth information. The ▆▆▆▆ of Vital records further provided information that the mother listed on the birth certificate ▆▆▆▆ has a date of birth of ▆▆▆▆.

11. Special Agent Seth EMERS interviewed ▆▆▆▆ at her residence in ▆▆, Puerto Rico ▆▆▆▆ maiden name is ▆▆. As proof of her identity, ▆▆ provided a Puerto Rico Voter Identification Card ▆▆ in the name of ▆▆▆▆ that listed her date of birth as ▆▆▆▆ consistent with the file for the ▆▆ birth certificate. ▆▆ stated that she was formerly married to ▆▆ and they had a son by the name of ▆▆▆▆. ▆▆ provided a copy of ▆▆▆▆ birth certificate ▆▆▆▆, a Puerto Rico Voter Identification Card ▆▆ in the name of ▆▆▆▆ listing date of birth as ▆▆▆▆, and a US Social Security Administration card in the name of ▆▆▆▆ bearing social security number ▆▆▆▆. ▆▆ further completed and signed a sworn statement where she stated that she is the mother of ▆▆▆▆ and that she and her son moved from ▆▆ City to Puerto Rico when her son was

- 3 -

two years old, and since that age her son has never left Puerto Rico ▮▮▮▮ was also shown the photograph from the US Passport Application ▮▮▮▮ in the name of ▮▮▮▮ ▮▮▮▮ stated that the person in the photograph is not her son ▮▮▮▮

WHEREFORE, based on the on the aforementioned information, your affiant believes that there is probable cause that the subject JOHN DOE, posing as ▮▮▮▮ LOPEZ, willfully and knowingly made false statements in a passport application with the intent to induce the issuance of a passport for himself, even though he was not a United States Citizen, contrary to the laws and rules regulating the issuance of passports, in violation of Title 18, United States Code, Section 1542. Your Affiant prays that this Court issue a criminal complaint against the SUBJECT charging him with the same and issue a warrant for his arrest and apprehension.

Your affiant, having signed this Affidavit under oath as to all assertions and allegations contained herein, states that its contents are true and correct to the best of his knowledge, information, and belief.

_____
Robert Christopher Good
Special Agent
U.S. Department of State
Diplomatic Security Service

Sworn to and subscribed before me

this ___16___ day of ___November___, 2004.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware

4