IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 04-129M |
| JOHN DOE, a/k/a Matthew Cris McLeod-Lopez, | : |
| Defendant. | : |

**GOVERNMENT'S MOTION TO DISMISS CRIMINAL COMPLAINT**

**NOW COMES** the United States, through its undersigned attorneys, and moves to dismiss the criminal complaint and arrest warrant in the above-captioned case without prejudice to the government. The government does not believe that location of the defendant is likely.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: _____
Adam Safwat
Assistant United States Attorney

Date: May 8, 2006.

\* \* \*

**AND NOW**, this __10__ day of May, 2006, upon the foregoing motion, **IT IS HEREBY ORDERED** that the criminal complaint and arrest warrant in this case are **DISMISSED** without prejudice to the government.

_____
THE HONORABLE MARY PAT THYNGE
UNITED STATES MAGISTRATE JUDGE