AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JOHN DOE, a/k/a
   Matthew Cris McLeod-Lopez

To: The United States Marshal
    and any Authorized United States Officer

# WARRANT FOR ARREST

CASE NUMBER: 04- 129 M

~~SEALED~~ Unsealed 5/10/06



YOU ARE HEREBY COMMANDED to arrest  John Doe, a/k/a Matthew Cris McLeod-Lopez  when and as stated in the

Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)

knowingly presenting a materially false application for a U.S. passport,

in violation of Title _15_ United States Code, Section _1542_.

FILED
JUN 09 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Mary Pat Thynge
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ __No Bail__

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

November 16, 2004    Wilmington, DE
Date and Location

by [signature]
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Dismissed per Court Order | | |
| DATE RECEIVED<br>11-16-04<br>DATE OF ARREST<br>5-10-06 | NAME AND TITLE OF ARRESTING OFFICER<br>for<br>William David, DUSM | SIGNATURE OF ARRESTING OFFICER<br>William [signature] |

AO 442 (Rev. 12/85) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __JOHN DOE, a/k/a Matthew Cris McLeod-Lopez__

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: __M__ RACE: __Hispanic__

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____